# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV0054                                             Purchased/Filed: February 1, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    WESTERN DISTRICT OF NY

*Steven Busch*                                              Plaintiff

against

*Van Ru Credit Corporation, et ano*                         Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Diane Koehler_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 28, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on

_____Van Ru Credit Corporation_____, the Defendant in this action, by delivering to and leaving with _____Belinda Capers-Gardiner_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___40___ Approx. Wt: ___185 lbs___ Approx. Ht: ___5' 9"___
Color of skin: ___Black___ Hair color: ___Black___ Sex: ___Female___ Other: _____

Sworn to before me on this

_2ND_ day of _____March, 2007_____

DONNA M. CALANDRA
NOTARY PUBLIC, State of New York
No. 01CA5013039, Qualified in Saratoga County
Commission Expires July 15, 2007

Diane Koehler

Invoice•Work Order # SP0701774

**SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**