UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

STEVEN BUSCH,

                        Plaintiff,                  **ANSWER WITH DEFENSES**
                                                              **Civil Action No.: 07-CV-00545(f)**

against-

VAN RU CREDIT CORPORATION

                        Defendant.

## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF MONROE)

     I hereby certify that on April 9, 2007, I electronically filed an Answer with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Kenneth R. Hiller, Esq.
Attorney for Plaintiff
2001 Niagara Falls Boulevard
Amherst, New York 14228

                                                      /s/ Pamela D. Baird
                                                        Pamela D. Baird, Esq.
                                                        pbaird@lacykaten.com
                                                        Telephone: (585) 324-5720
                                                        Facsimile: (585) 269-3093